No. 57784.—Geo. S. Bush & Co., Inc. *v.* United States, protests 116500–K, etc. (Portland, Oreg.).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of internal-combustion engines similar in all material respects to the articles involved in *Geo. S. Bush & Co., Inc.* v. *United States* (41 C. C. P. A. 33, C. A. D. 525), the claim of the plaintiff was sustained. It was held that the value of the items involved is the percentage of the appraised value of said power saws, as noted in green ink on the invoices by the examiner.